# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| PHILIP ANDREW FERNALD, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil no. 1:11-cv-00248-NT |
| | ) |
| SOCIAL SECURITY | ) |
| ADMINISTRATION COMMISSIONER, | ) |
| | ) |
| | ) |
| Defendant. | ) |

## ORDER AFFIRMING THE RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On April 19, 2012, the United States Magistrate Judge filed with the court, with copies to counsel, her Report and Recommended Decision. The time within which to file objections expired on May 9, 2012, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal.

It is therefore ORDERED that the Recommended Decision of the Magistrate Judge is hereby ADOPTED.  The Commissioner's final decision is hereby REMANDED.

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 14th day of May, 2012